IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVSION

CASE NO: 3:07-bk-00218-JAF
ADV NO: 09-ap-344

In Re:

MICHAEL ANTHONY BREWER,

DEBTOR,

FILED
JACKSONVILLE, FLORIDA
FEB 16 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

---

GARY LINDROS,
Plaintiff
v.
Michael Anthony Brewer,
Julie Little Brewer
Defendants.

**DEFENDANTS' TRIAL MEMORANDUM FOR THE COMPLAINT TO RECOVER FRAUDULENT ASSET CONVERSION**

Defendant's, Michael Brewer and Julie Brewer file this Trial Memorandum for the Complaint filed by Creditor Gary Lindros and state as follows:

1. The Complaint alleges that $80,000 was fraudulently transferred from Royal Palm Contractors Corporation to the home owned by Mike and Julie Brewer. The attorney for the Trustee was provided documentation and explanation of all the payments made; 1) to and from Royal Palm Contractors Corporation and 2) to and from CitiBank Home Equity Loan by Mike and Julie Brewer. The attorney for the Trustee, Ray Magley was satisfied with the proof provided. Creditor Lindros and his counsel have all the bank records necessary to draw the same conclusion.
2. The Creditor Lindros admit this alleged fraudulent transfer was a known claim, the Trustee knew about it and that the Trustee did not pursue the claim. Creditor Lindros fails to inform the Court that the Trustee did pursue the fraudulent transfer allegation.
3. The Settlement Agreement was approved by the Court who binds all parties from pursing **known claims** which were already judged. The Settlement agreement is not subject to appeal and the Creditor Lindros voluntarily withdrew his objection for this specific claim.
4. The fraudulent transfer allegation released by the Trustee cannot be raised again, either in the same court or a different court.

5. Once a final judgment was ORDERED accepting the Settlement Agreement, this complaint deals with issues identical to what has already been investigated and released by the Trustee. The Court should use res judicata to deny reconsideration and dismiss the Complaint.
6. The Creditor Lindros failed to include Royal Palm Contractors as a party alleged to have made the fraudulent transfer.
7. The Creditor Lindros and his council knew this claim was already judged and filed the frivolous complaint anyway.

By: ____________________

Michael Brewer, Defendant
131 14th Ave South
Jacksonville Beach FL 32250
(904) 352-7931

By: ____________________

Julie Little Brewer
131 14th Ave South
Jacksonville Beach FL 32250
(904) 352-7931

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing was sent by US Mail, postage prepaid, to Janet Thurston, attorney for Plaintiff, 1723-102 Blanding Blvd Jacksonville, FL 32210 on February11, 2010.

By: ____________________

Michael Brewer, Defendant