IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION.
CASE NO.: 07-bk-00218JAF
ADV. NO.: 09-ap-00344JAF

In Re:

MICHAEL ANTHONY BREWER,

Debtor.

---

GARY C. LINDROS,

Plaintiff,

vs.

MICHAEL ANTHONY BREWER,
JULIE LITTLE BREWER,

Defendants.

---

## PLAINTIFF'S PRE-TRIAL MEMORANDUM

Plaintiff, Gary C. Lindros, on behalf of the creditors of the Estate of Michael Anthony Brewer, files this Pre-Trial Memorandum:

I. Pleadings and Pending Motions

A. Plaintiff's Complaint.

B. Defendant's Motion to Dismiss Complaint.

C. Plaintiff's Response in Opposition to Motion to Dismiss.

D. Order Denying Motion to Dismiss Complaint.

E. Defendant's Answer and Affirmative Defenses.

F. Defendant's Motion to Dismiss By Enforcing The Settlement Agreement. This Motion is pending.

II. Plaintiff's Theory of the Case and Legal Authorities

Plaintiff contends that Debtor took $80,000.00 of nonexempt cash and sent it to Citibank to pay down the mortgage on his exempt homestead. Plaintiff contends that this transfer was a fraudulent asset conversion of nonexempt property into exempt property under

Florida Statute 222.30, which the creditors can recover. Julie Brewer has been joined as a Defendant because within days of paying off the mortgage on his homestead, Debtor transferred the homestead to him and his wife. In re Egidi, 571 F3rd. 1156 (11th Cir. 2009).

III. Admitted Facts

Defendant's Answer admits the following facts:

A. The Court's jurisdiction over the Defendants and subject matter.

B. Plaintiff's status as representative of the Estate.

C. The existence of Plaintiff's May 20, 2005, state court judgment for money against Defendant Michael A. Brewer.

D. That on July 13, 2005, Defendant Michael A. Brewer was the sole owner of homestead residential real property at 131 14th Avenue S., Jacksonville Beach, Florida.

E. That on July 13, 2005, Defendant Michael A. Brewer was indebted to Citibank on a Home Equity Line of Credit Mortgage, (HELOC), the collateral for which was the homestead real property at 131 14th Avenue S., Jacksonville Beach, Florida.

F. That on July 13, 2005, Michael A. Brewer wrote a check on the Royal Palm checking account at Compass Bank in the amount of $80,000.00, payable to Citibank.

G. That the $80,000.00 check was received by Citibank and was applied to reduce the balance on the HELOC.

H. That on July 28, 2005, Defendant Michael A. Brewer prepared, executed and recorded a Quit Claim Deed to transfer his interest in the homestead real property from his name to him and his wife.

I. That the payment of the $80,000.00 to Citibank on the HELOC occurred within two years of the date of the filing of Defendant Michael A. Brewer's Chapter 7 case on January 19, 2007.

J. That Defendant Michael A. Brewer did not disclose the transfer of $80,000.00 into his homestead on the Statement of Financial Affairs which he signed under oath and filed.

In addition, Defendant Michael A. Brewer has previously admitted under oath that:

A. Defendant Julie Little Brewer paid him no consideration for the transfer of the interest in the homestead.

IV. Contested Facts

The following facts are contested:

Defendant Michael A. Brewer's intent.

V. Contested Legal Issues

The following legal issues are presented:

A. Did the Trustee's Settlement with the Debtor and his wife resolve the estate's fraudulent asset conversion claim for the $80,000.00 of non-exempt funds transferred into the homestead real estate?

B. Are there "badges of fraud" which prove Debtor's fraudulent intent regarding the transfer?

VI. Use of Discovery Depositions

No depositions have been taken in this adversary proceeding.

VII. Exploration of Settlement.

All attempts by the creditors to settle with the Debtor have

been rebuffed by Debtor and his previous counsels.

Janet H. Thurston, Atty.
COHEN & THURSTON, P.A.
Fla. Bar #336981
1723 Blanding Blvd. #102
Jacksonville, FL 32210
(904) 388-6500
Fax (904) 387-4192
cohenthurston@cs.com

## CERTIFICATE OF SERVICE

I CERTIFY that a true copy of the foregoing was sent by U.S. Mail, postage prepaid, this 17th day of February, 2010, to pro se Defendants, Michael Anthony Brewer, and Julie Little Brewer, 131 14th Avenue South, Jacksonville Beach, FL 32250.

Janet H. Thurston, Atty.